| | | | |
|---|---|---|---|
| Debtor 1 | **Lester Steven Davis** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Katherine Lynne Davis** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF WASHINGTON, TACOMA DIVISION | | |
| Case number (if known) | 22-40279 | | |


☒ Check if this is an amended filing

## Official Form 106C
## Schedule C: The Property You Claim as Exempt

4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1: Identify the Property You Claim as Exempt

1. Which set of exemptions are you claiming? *Check one only, even if your spouse is filing with you.*

    ☒ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

    ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br>Copy the value from Schedule A/B | Amount of the exemption you claim<br>Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| **18932 131st Street Ct E**<br>**Bonney Lake WA, 98391**<br>**County : Pierce**<br>Redfin value of $606,371; Zillow value of $562,700 (average is<br>Line from *Schedule A/B*: **1.1** | $584,535.50 | ☒ $340,700 ~~$170,350.00~~<br>☐ 100% of fair market value, up to any applicable statutory limit | Wash. Rev. Code §§ 6.13.010, 6.13.020, 6.13.030<br>11 USC 522(m). |
| **Mazda**<br>**CX-7 2WD**<br>**2012**<br>**150000**<br>Line from *Schedule A/B*: **3.2** | $6,226.00 | ☒ $6,226.00<br>☐ 100% of fair market value, up to any applicable statutory limit | RCW 6.15.010(1)(d)(iii) |
| **Household goods and furnishings, including furniture, kitchen items, misc. items, washer/dryer**<br>Line from *Schedule A/B*: **6.1** | $5,500.00 | ☒ $5,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | RCW 6.15.010(1)(d)(i) |
| **4 basic tv's, old macbook, cell phones, misc. elect.**<br>Line from *Schedule A/B*: **7.1** | $2,000.00 | ☒ $2,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | RCW 6.15.010(1)(d)(i) |

Debtor 1
Debtor 2  **Davis, Lester Steven & Davis, Katherine Lynne**           Case number (if known) _____

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br>Copy the value from Schedule A/B | Amount of the exemption you claim<br>Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| **comic book ($100)**<br>Line from Schedule A/B: 8.1 | $100.00 | ■ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | RCW 6.15.010(1)(d)(ii) |
| **kids' bikes**<br>Line from Schedule A/B: 9.1 | $100.00 | ■ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | RCW 6.15.010(1)(d)(ii) |
| **Clothing for family of four**<br>Line from Schedule A/B: 11.1 | $1,500.00 | ■ $1,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | RCW 6.15.010(1)(a) |
| **Wedding rings ($2,500)**<br>Line from Schedule A/B: 12.1 | $2,500.00 | ■ $2,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | RCW 6.15.010(1)(a) |
| **Sound Credit Union checking and savings**<br>Line from Schedule A/B: 17.1 | $200.00 | ■ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | RCW 6.15.010(1)(d)(ii) |
| **Oregon Community Credit Union checking**<br>Line from Schedule A/B: 17.3 | $25.00 | ■ $25.00<br>☐ 100% of fair market value, up to any applicable statutory limit | RCW 6.15.010(1)(d)(ii) |
| **401k through debtor's husband's employer approx. $1,200.**<br>Line from Schedule A/B: 21.1 | $1,200.00 | ■ $1,200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Wash. Rev. Code § 6.15.020 |

3. Are you claiming a homestead exemption of more than $170,350?
   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)
   ■ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ☐ No
      ☐ Yes

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Lester** First Name | **Steven** Middle Name | **Davis** Last Name |
| Debtor 2 (Spouse if, filing) | **Katherine** First Name | **Lynne** Middle Name | **Davis** Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF WASHINGTON, TACOMA DIVISION | | |
| Case number (if known) | 22-40279 | | |

☒ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules
12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☒ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X /s/ Lester Davis
**Lester Steven Davis**
Signature of Debtor 1

Date May 12, 2022

X /s/ Katherine Davis
**Katherine Lynne Davis**
Signature of Debtor 2

Date May 12, 2022

Fill in this information to identify your case:

Debtor 1   **Lester Steven Davis**
           First Name          Middle Name          Last Name

Debtor 2   **Katherine Lynne Davis**
(Spouse if, filing)  First Name    Middle Name      Last Name

United States Bankruptcy Court for the:   WESTERN DISTRICT OF WASHINGTON, TACOMA DIVISION

Case number   **22-40279**
(if known)

■ Check if this is an amended filing

## Official Form 106Dec
# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X   **/s/ Lester Davis**                          X   **/s/ Katherine Davis**
    Lester Steven Davis                               Katherine Lynne Davis
    Signature of Debtor 1                             Signature of Debtor 2

    Date **May 12, 2022**                             Date **May 12, 2022**