Entered on Docket July 6, 2022

**Below is the Order of the Court.**



_____
**Mary Jo Heston**
**U.S. Bankruptcy Judge**
**(Dated as of Entered on Docket date above)**

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON AT TACOMA

In re:

LESTER STEVEN DAVIS, and

KATHERINE LYNNE DAVIS,

Debtors.

Case No. 22-40279-MJH

**ORDER ON TRUSTEE'S OBJECTIONS TO HOMESTEAD EXEMPTION AND DEBTORS' MOTION TO COMPEL ABANDONMENT (ECF NOS. 11 & 14)**

This matter came before the Court on June 23, 2022, on Chapter 7 trustee, Brian Budsberg's ("Trustee"), objections to Lester Steven Davis and Katherine Lynne Davis's ("Debtors") homestead exemption and the Debtors' motion to compel the Trustee to abandon real property located at 18932 131st Street Court East, Bonney Lake, Washington ("Real Property").

The background and undisputed facts regarding the above-captioned case are set forth in detail in the Court's Memorandum Decision on Trustee's Objections to Homestead Exemption and Debtors' Motion to Compel Abandonment at ECF No. 41, which the Court hereby incorporates by reference.

The Court having considered the arguments of counsel, pleadings in the record, and a Memorandum Decision having been entered and incorporated herein; now therefore, it is

ORDER ON TRUSTEE'S OBJECTIONS TO HOMESTEAD EXEMPTION AND DEBTORS' MOTION TO COMPEL ABANDONMENT (ECF NOS. 11 & 14) – 1

**ORDERED** that the Trustee's objections to the Debtors' claim of exemption are OVERRULED. The Debtors' homestead exemption is capped in the aggregate amount of $340,700 pursuant to 11 U.S.C. § 522(p)(1) and 522(m); it is further

**ORDERED** that the Debtors' motion to compel the Trustee to abandon the Real Property is hereby GRANTED. The Real Property located at 18932 131st Street Court East, Bonney Lake, Washington 98391 is hereby abandoned pursuant to 11 U.S.C. § 554.

/ / / End of Order / / /